IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

KANANI A. *on behalf of*
L. T.,[1]

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendants.

No. 3:18-cv-01027-MK

OPINION AND ORDER

**MCSHANE, Judge**:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings & Recommendation ("F&R"), ECF No. 21, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although the Commissioner of Social Security ("Commissioner") filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude that the F&R is correct. Judge Kasubhai's F&R is adopted in full. Accordingly, the decision of the Commissioner is REVERSED and the case remanded for further proceedings consistent with Judge Kasubhai's F&R.

    IT IS SO ORDERED.

    DATED this 1st day of August, 2019.

                      /s/ Michael McShane
                      Michael J. McShane
                      United States District Judge

---

[1] In the interest of privacy, this Opinion and Order uses only the first name and the initial of the last name of the non-governmental party in this case and any immediate family members or personal relations of that party.

Page 1 – OPINION AND ORDER